Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA AYRES, an individual;<br>DAVID AYRES, an individual;<br><br>                                    Plaintiff,<br><br>   v.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION, a foreign corporation;<br><br>                                    Defendant. | Case No.: 2:16-cv-02620-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT [ECF. No. 6]**<br><br>**[First Request]** |

Plaintiffs, Linda and David Ayres ("Plaintiffs"), and Defendant, RoundPoint Mortgage Servicing Corporation, ("RoundPoint") have agreed to extend the time for Plaintiffs to file a Response to RoundPoint's Motion to Dismiss Plaintiffs' Complaint for Violations of the Fair Debt Collection Practices Act [ECF No. 6] to **January 26, 2017.** RoundPoint filed its Motion to Dismiss Plaintiffs' Complaint for Violations of the Fair Debt Collection Practices Act [ECF No. 6] on December 29, 2016 and the current response deadline is January 12, 2017.

Plaintiffs request this extension to permit the parties to discuss possible resolution of this matter. This brief extension will allow the parties to further explore settlement options without expending unnecessary attorneys' fees and costs;

///

///

///

Page 1 of 2

This is the first request for an extension to respond to RoundPoint's Motion to Dismiss Plaintiffs' Complaint for Violations of the Fair Debt Collection Practices Act [ECF No. 6] and this request is made in good faith and not for the purpose of delay.

| Dated: January 10, 2017 | Dated: January 10, 2017 |
|---|---|
| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **WRIGHT FINLAY & ZAK LLP** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>9555 S. Eastern Avenue, Suite 220A<br>Las Vegas, Nevada 89123<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiffs* | */s/ Sean N. Payne*<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>spayne@wrightlegal.net<br>*Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED:  1/11/17