Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA AYRES, an individual;<br>DAVID AYRES, an individual;<br><br>                              Plaintiffs,<br><br>  v.<br><br>ROUNDPOINT MORTGAGE SERVICING<br>CORPORATION,  a foreign corporation;<br><br>                              Defendant. | Case No.: 2:16-cv-02620-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ROUNDPOINT MORTGAGE SERVICING CORPORATION WITH PREJUDICE** |

Plaintiffs, Linda and David Ayres ("Plaintiffs"), and Defendant, RoundPoint Mortgage Servicing Corporation ("RoundPoint") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a)(1)(A)(ii) with each party bearing their own attorney's fees and costs incurred. Respectfully Submitted.

Dated: January 17, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

Dated: January 17, 2017

**WRIGHT, FINLAY
& ZAK, LLP**

*/s/ Sean N. Payne*
Sean N. Payne, Esq.
Nevada Bar No. 13216
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
spayne@wrightlegal.net
*Attorneys for Defendant*

<u>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
ROUNDPOINT MORTGAGE SERVICING CORPORATION WITH PREJUDICE**</u>

Pursuant to the stipulation of the Parties under FRCP 41(a), RoundPoint is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
United States District Court

DATED this 18th day of January, 2017.

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF ROUNDPOINT MORTGAGE SERVICING CORPORATION** was electronically served to the following parties:

Sean N. Payne, Esq.
**WRIGHT, FINLAY & ZAK, LLP**
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
spayne@wrightlegal.net
*Attorneys for Defendant*

Dated: January 17, 2017

*/s/ Caesy Morales*_____.
An Employee of the Law Office of Kevin L. Hernandez

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408